IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOHN O'CONNER, | § | |
| Plaintiff, | § § § | |
| v. | § | 1:22-cv-213-RP |
| RECEIVABLES MANAGEMENT PARTNERS, LLC d/b/a RMP SERVICES, | § § § § | |
| Defendant. | § § | |

**ORDER**

On June 29, 2022, the parties dismissed all claims by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 9). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As such, **IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on June 30, 2022.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE